1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL REED DORROUGH,              )        1:06-CV-00621-OWW-WMW-HC
                                          )
12        Petitioner,                     )        ORDER DENYING MOTION FOR
                                          )        APPOINTMENT OF COUNSEL
13   ON HABEAS CORPUS.                    )        (DOCUMENT #4)
                                          )
14                                        )
                                          )
15   _____   )

16        Petitioner has requested the appointment of counsel.  There currently exists no absolute

17   right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d

18   479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.),

19   cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment

20   of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules

21   Governing Section 2254 Cases.  In the present case, the court does not find that the interests of

22   justice would be served by the appointment of counsel at the present time.  Accordingly, IT IS

23   HEREBY ORDERED that petitioner's request for appointment of counsel is denied.

24   IT IS SO ORDERED.

25   **Dated:    June 26, 2006**              **/s/  William M. Wunderlich**
     bl0dc4                           UNITED STATES MAGISTRATE JUDGE
26

27

28