UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL REED DORROUGH, | ) | 1:06-cv-00621 OWW YNP DLB (HC) |
| Petitioner, | ) ) | ORDER DENYING PETITIONER'S |
| v. | ) ) | MOTION TO RETURN EXHIBITS |
| ON HABEAS CORPUS, | ) ) | [Doc. #21] |
| Respondent. | ) ) ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 11, 2009 Petitioner filed a motion requesting the return of certain exhibits in his file. Once exhibits are filed with the court they become court records. Ordinarily, copies of all court records must be obtained through the Clerk's Office. Copies of up to 20 pages may be made by the Clerk's office at a charge of $.50 per page. For larger copy orders, contact Attorney's Diversified Service (ADS) by writing to them at 741 N. Fulton Street, Fresno, CA 93728, by phoning 1-800-842-2695, by Faxing a request to 559-486-4119, or by leaving a voice mail at 559-259-8544. Please note that In Forma Pauperis status does not include the cost of copies.

In this case, however, the undersigned is willing to make a special one-time exception seeing

1  as how the documents requested are so easily accessible.  The undersigned cautions Petitioner that
2  the next time he, or any other prisoner, needs court documents, those documents must be requested
3  through the Clerk's Office using the procedure articulated above.  Accordingly, Petitioner's motion
4  is GRANTED and it is hereby ORDERED that the Clerk return the requested exhibits to petitioner.

6      IT IS SO ORDERED.
7      **Dated:   July 14, 2009**                  **/s/ Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE